# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re: Motion to Compel Compliance with Subpoena Directed to Non-Party IPI Partners, LLC**<br><br>AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>    Plaintiffs,<br><br>   v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20,<br><br>    Defendants.<br><br>800 HOYT LLC,<br><br>    Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant,<br><br>   v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC,<br><br>    Interpleader Defendants,<br><br>  and<br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br><br>    Interpleader Defendants / Interpleader Counter-Plaintiffs. | Case: 1:22−mc−00039<br>Assigned To : Kelly, Timothy J.<br>Assign. Date : 3/29/2022<br>Description: Misc. (O−DECK)<br><br>Misc. Action No.: _____<br><br>Underlying Litigation:<br>United States District Court<br>for the Eastern District of Virginia<br>CASE NO. 1:20-CV-484-LO-TCB |

## BRIAN WATSON'S MOTION TO COMPEL NON-PARTY IPI PARTNERS, LLC'S COMPLIANCE WITH RULE 45 SUBPOENA

Movant Brian Watson ("Mr. Watson"), by counsel and pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), hereby moves this Court for an order compelling non-party IPI Partners, LLC ("IPI") to comply with a subpoena *duces tecum* (the "Subpoena") served by Movant in this jurisdiction, in connection with an action pending in the United States District Court for the Eastern District of Virginia.  *Amazon.com et al. v. WDC Holdings LLC et al.*, 1:20-cv-484-LO-TCB (E.D.Va.).

As detailed in the accompanying Memorandum of Law in Support of Brian Watson's Motion to Compel Discovery, the parties have met and conferred in an effort to resolve this dispute and have been unable to reach a resolution.  During meet-and-confer discussions regarding IPI's response to the Subpoena and in subsequent correspondence, IPI has stated that it will not produce several categories of documents that are responsive to the requests contained in the Subpoena.  Mr. Watson therefore seeks an order of this Court compelling IPI to comply with the Subpoena by producing materials that are both responsive and necessary to Mr. Watson's defense in the above-captioned litigation.

In support of this Motion to Compel Subpoena Responses, Mr. Watson submits the accompanying Memorandum of Law, the Declaration of Jeffrey R. Hamlin in Support of Brian Watson's Motion to Compel, and accompanying exhibits. Mr. Watson also submits a Proposed Order granting this Motion to Compel and a Statement of Related Cases.

WHEREFORE, Mr. Watson respectfully requests that the Court grant his Motion to Compel.

Dated: March 29, 2022                                    Respectfully submitted,

                                                         */s/ Jeffrey R. Hamlin*
                                                         Jeffrey R. Hamlin (Bar ID: 478256)

George R. Calhoun (Bar ID: 459717)
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141
jhamlin@ifrahlaw.com
george@ifrahlaw.com

*Counsel for Brian Watson*